UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-81157-ROSENBERG/HOPKINS

GORDON HOWARD ASSOCIATES, INC.
Doing business as PassTime GPS Tracking Solutions,

     Plaintiff,

v.

ALAN VORDERMEIER,

     Defendant.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S RENEWED MOTION TO STAY
ARBITRATION [D.E. 17] PENDING EVIDENTIARY HEARING AND DENYING,
WITHOUT PREJUDICE TO RENEW, DEFENDANT'S MOTION TO STAY
PROCEEDINGS PENDING ARBITRATION [D.E. 18]**

     Having considered the stipulations of the parties made during the Status Conference held at 2:30 pm on February 7, 2018, the Court hereby **ORDERS** the following:

     1.    Plaintiff's Renewed Motion to Stay Arbitration [D.E. 17] is **GRANTED** pending the Court's ruling on the evidentiary hearing referenced in the Court's Order [D.E. 35], as contemplated by 9 U.S.C. § 4.

     2.    Defendant's Motion to Stay Proceedings Pending Arbitration [D.E. 18] is **DENIED** without prejudice for Defendant to renew said motion upon the Court's ruling on the evidentiary hearing referenced in the Court's Order [D.E. 35], contemplated by 9 U.S.C. § 4.

     3.    Accordingly, *Alan Vordermeier vs. Gordon\*Howard Associates, Inc. d/b/a PassTime GPS Tracking Solutions*, Case No. 01-17-0003-7529-2-TM pending with the American Arbitration Association is hereby **STAYED** pending further order of this Court.

     **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this <u>13th</u> day of February, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF